

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: T. GERALD TREECE, THE INDEPENDENT EXECUTOR OF THE ESTATE OF JOHN M. O'QUINN, DECEASED, | § | No. 08-17-00114-CV |
| | § | ORIGINAL PROCEEDING |
| | § | ON PETITION FOR WRIT OF |
| RELATOR. | § | MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, T. Gerald Treece, the Independent Executor of the Estate of John M. O'Quinn, Deceased, filed a petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of El Paso County, Texas, asking that we order him to transfer a case to the Probate Court No. 2 of Harris County, Texas. Relator has filed an unopposed motion to dismiss the mandamus proceeding as moot because the parties have settled their differences and Respondent has entered a transfer order. We grant the motion and dismiss the mandamus proceeding as moot.

July 26, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.